E-FILED 01-14-09

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Herbert Leslie Greenberg,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**United States Securities and Exchange Commission,**<br><br>        **Defendant.** | **CASE NO. CV 06-7878-GHK (CTx)**<br><br>**JUDGMENT** |

    Pursuant to our November 29, 2007 Order dismissing Plaintiff's Federal Advisory Committee Act claim, our March 7, 2008 Order dismissing Plaintiff's Freedom of Information Act claim, and our January 14, 2009 Order dismissing Plaintiff's Administrative Procedure Act claim, **IT IS HEREBY ADJUDGED** that Defendant United States Securities and Exchange Commission shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing by his Complaint.

    **IT IS SO ORDERED.**

DATED: January 14, 2009

_____
GEORGE H. KING
United States District Judge